HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CINDI ALLISON,<br><br>           Petitioner,<br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>           Respondent. | CASE NO. 19-cv-5923-RBL<br><br>ORDER ON MOTION FOR COURT-APPOINTED COUNSEL |

THIS MATTER is before the Court on Petitioner Cindi Allison's Motion for Court-Appointed Counsel to represent her in her in this action under 28 U.S.C. § 2255. [Dkt. # 7].

In exceptional circumstances, the court may ask an attorney to represent any person unable to afford counsel under 28 U.S.C. § 1915(e)(1). *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984). To find exceptional circumstances, the court must evaluate the likelihood of success on the merits and the ability of the petitioner to articulate the claims *pro se* in light of the complexity of the legal issues involved. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Allison provides no argument at all in support of her Motion for Court-Appointed Counsel. After reviewing her underlying Motion for relief under § 2255, the Court concludes that

ORDER ON MOTION FOR COURT-APPOINTED
COUNSEL - 1

Allison has not demonstrated the exceptional circumstances warranting appointment of counsel. The Motion is DENIED.

IT IS SO ORDERED.

Dated this 16th day of January, 2020.

Ronald B. Leighton
United States District Judge